HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
SALVADOR DEGORTARI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00292 LJO |
| --- | --- |
| | ) 1:15-cr-00006 LJO |
| Plaintiff, | ) 1:16-cr-00152 LJO |
| | ) |
| vs. | ) **STIPULATION TO CONTINUE STATUS** |
| | ) **CONFERENCE; ORDER** |
| SALVADOR DEGORTARI, | ) |
| | ) Date: January 22, 2018 |
| | ) Time: 2:00 pm. |
| Defendant. | ) Judge: Hon. Stanley A. Boone |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Christopher Baker, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Salvador Degortari, that the status conference currently scheduled for January 22, 2018, at 2:00 p.m., may be moved to April 9, 2018, at 8:30am before Judge O'Neill for Status Conference.

The defense proposes this continuance for effective defense preparation, defense investigation, and plea negotiation.

///

///

///

///

///

| | |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: January 17, 2018 | */s/ Christopher D. Baker*<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 17, 2018 | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>SALVDOR DEGORTARI |

## **O R D E R**

The status conference currently scheduled for January 22, 2018, at 2:00 p.m., is hereby continued to April 9, 2018, at 8:30am.

IT IS SO ORDERED.

Dated: **January 17, 2018**  　　　　/s/ Lawrence J. O'Neill  
　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE